UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE STEPHENS, | No. 2:23-cv-1172 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| L. BRAGG, et al., | |
| Defendants. | |

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On June 27, 2023, the magistrate judge issued findings and recommendations, which were served on plaintiff and contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  ECF No. 6.  Plaintiff has filed objections to the findings and recommendations.  ECF Nos. 8, 11 (objections and supplemental objections, respectively).  On July 5, 2023, plaintiff also filed a motion to disqualify the undersigned.  ECF No. 10.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.  Furthermore, because this action is not properly before the court until plaintiff has paid the filing

1

fee in full, plaintiff's motion to disqualify the undersigned is premature. Therefore, it will be denied as such.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 27, 2023 (ECF No. 6), are ADOPTED IN FULL;

2. Plaintiff's application to proceed in forma pauperis (ECF No. 2) is DENIED;

3. In light of plaintiff's status as a three-strikes litigant within the meaning of 28 U.S.C. § 1915(g), within thirty days from the date of this order, plaintiff shall pay the filing fee in full prior to proceeding any further with this action;

4. Plaintiff's motion to disqualify the undersigned (ECF No. 10) is DENIED as prematurely filed; and

5. This matter is referred back to the assigned magistrate judge for all further pretrial proceedings.

DATED: August 24, 2023.

CHIEF UNITED STATES DISTRICT JUDGE