UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jimmie Stephens,<br><br>          Plaintiff,<br><br>     v.<br><br>L. Bragg, et al.,<br><br>          Defendants. | No. 2:23-cv-01172 KJM AC P<br><br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge as provided by 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 25, 2023, the court adopted the assigned magistrate judge's findings and recommendations. Order, ECF No. 13. At that time, plaintiff – a three strikes litigant within the meaning of 28 U.S.C.§ 1915(g) – was ordered to pay the filing fee in full prior to proceeding any further with this action. *Id.* at 2. He was given thirty days to do so. *Id.*

More than thirty days have passed, and plaintiff has not paid the filing fee in full. Therefore, the matter will be dismissed, and the Clerk of Court will be directed to close this case.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. This matter is DISMISSED. *See* 28 U.S.C. § 1915(g), and
2. The Clerk of Court shall CLOSE this case.

DATED: October 3, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE